**Below is the Order of the Court.**



_____
**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re | Case No. 12-45904-PBS |
| ANTHONY N. SEYMOUR<br>JESSICA K. SEYMOUR | |
| Debtor(s) | |
| | Adversary No. 12-04454-PBS |
| ANTHONY N. SEYMOUR<br>JESSICA K. SEYMOUR | |
| Plaintiff(s) | **AMENDED JUDGMENT AVOIDING WHOLLY UNSECURED DEED OF TRUST OF NATIONSTAR MORTGAGE LLC** |
| v. | |
| NATIONSTAR MORTGAGE LLC | |
| Defendant(s). | |

dated April 24, 2006, and
**IT IS HEREBY ORDERED** that Defendant's Deed of Trust, recorded in Pierce County Washington real estate records against the real property referenced in the Defendant's Proof of Claim Number 5 in the Debtors' bankruptcy and which is commonly known as 21107 123rd St Ct E., Bonney Lake, WA 98391with the



**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
(253)573-1958
(253)503-4317 fax

approximate balance of $48776.15 is hereby avoided and no longer a lien against plaintiff's real property

above described,

PROVIDED that if this case is dismissed or converted to one under Chapter 7, the avoided Deed of Trust is

reinstated as a lien against the above described

property. It is further ORDERED that Defendant's claim shall be treated as a general unsecured claim for

purposes of this Chapter 13.

///end of order///

Presented By:


/s/ Ellen Ann Brown
Ellen Ann Brown, WSBA #27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
(253)573-1958
(253)503-4317 fax